*E-Filed 5/6/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HON C. LAU, | No. C 10-1103 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, by April 19, 2010, or face dismissal of the action.  Plaintiff has filed three incomplete applications, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, and a certificate of funds signed by an authorized prison officer.  Accordingly, the action is DISMISSED without prejudice to plaintiff filing a complete IFP application, or paying the filing fee. Plaintiff's motions to proceed IFP (Docket Nos. 3, 6 & 8) are DENIED.

This order terminates Docket Nos. 3, 6 & 8.

The Clerk shall enter judgment in favor of defendants, terminate the pending motions, and close the file.

**IT IS SO ORDERED**.

DATED: May 5, 2010

RICHARD SEEBORG
United States District Judge